## Virginia K. Howie, Appellee, v. James H. Dobbins and Pauline M. Dobbins, Appellants.

Gen. No. 42,574.

opinion filed July 2, 1943. Lawrence B. Jacobs and Marcellus W. Meek, for appellants; Bernard Rosencranz, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."